UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Javier Alejandro Linares Barajas, *et al.*,

    Plaintiffs,

–v–

Thai Taste Inc., *et al.*,

    Defendants.

19-cv-1643 (AJN)

ORDER

DEC 0 5 2019

ALISON J. NATHAN, District Judge:

In an Order dated October 9, 2019, the Court directed the parties to meet and confer to discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before the assigned Magistrate Judge. Dkt. No. 26. The deadline to file a joint letter advising the Court that the parties do not consent was one week from the filing of the settlement agreement. *See id.* The Court is not in receipt of either a consent form or a joint letter.

The parties are hereby ordered to file either an executed consent form or a joint letter, as described in the Court's October 9, 2019 Order, on or before December 9, 2019. The parties are reminded that they are free to withhold consent without negative consequences.

SO ORDERED.

Dated: December 4, 2019
New York, New York

_____
ALISON J. NATHAN
United States District Judge